=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------

No. 214
Doctor Fred L. Pasternack,
            Appellant,
        v.
Laboratory Corporation of America
Holdings, &c., et al.,
            Respondents.

        Cynthia S. Arato, for appellant.
        Robert Steiner, for respondent Laboratory Corporation
of America Holdings.
        Frederick T. Smith, for respondent ChoicePoint, Inc.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Certification of questions by the United States Court of Appeals
for the Second Circuit, pursuant to section 500.27 of this
Court's Rules of Practice, accepted and the issues presented are
to be considered after briefing and argument.  Chief Judge
Lippman and Judges Pigott, Rivera, Abdus-Salaam, Stein and Fahey
concur.

Decided December 15, 2015